PERETZ
*vs.*
PERETZ & AL.

MOTION OVERRULED.

---

### PERETZ vs. PERETZ & AL.

THE defendants were the maker and endorser of a note of hand, and the plaintiff the last endorser.

Maker and indorser suable jointly.

*Ellery* for the defendant. A joint suit was improperly brought, the defendants' obligations are several, and arose at different periods ; that of the maker is absolute, and that of the endorser, conditional. The remedy must be of the same nature as the cause of action. The one cannot be joint, when the other is several,

*Fromentin* for the plaintiff. That is the rule of the common law of England. It prevails, perhaps, in such of the United States, in which the law and equity jurisdiction is divided, and there in courts of law only. The Spanish law, following the principles of the civil, gives the action *contra todos y cada uno. 3 Febrero*, 405. *n.* 13.

*By the Court.* The suit is rightly brought.

SPRING 1811. The Spanish authority, cited by the plaintiff's
First District
counsel, fully supports him. The rule is the

SYNDICS OF same in the courts of equity in the United Sta-
McCULLOUGH
*vs.* tes and in the court of chancery in England,
FANCHONETE. in which the practice is according to the rules
of the civil law. If a debt be joint and several,
each of the debtors must be brought before the
court. *Madox* vs. *Jackson*, 3 *Atkins*, 406. All
concerned in the demand ought to be made
parties. 2 *Ventris*, 348.

ACTION SUSTAINED.